Artis **HARRIS,** Petitioner–Appellant,

v.

Kevwe **AKPORE, Warden,**
Respondent–Appellee.

No. 13–1018.

United States Court of Appeals,
Seventh Circuit.

Submitted July 10, 2013.[*]

Decided Sept. 9, 2013.

---

[*] Argument in this case was vacated by the court's order on June 17, 2013. Thus, the appeal is submitted on the briefs and the record. *See* FED. R.APP. P. 34(a)(2)(C).

Lauren A. Bauser, Attorney, Office of the State Appellate Defender, Chicago, IL, for Petitioner–Appellant.

Lindsay Beyer Payne, Attorney, Office of the Attorney General Chicago, IL, for Respondent–Appellee.

Before WILLIAM J. BAUER, Circuit Judge, JOHN DANIEL TINDER, Circuit Judge, and DAVID F. HAMILTON, Circuit Judge.

### ORDER

This court entered an order vacating oral argument in this case and requesting from the parties memoranda regarding the effect on this case of the court's decision in *Villanueva v. Anglin,* 719 F.3d 769 (7th Cir.2013). After reviewing the memoranda, we conclude that the two cases are materially indistinguishable. Therefore, based on the analysis in *Villanueva,* the district court's judgment denying Harris's request for a writ of habeas corpus is

**AFFIRMED.**